Opinion by OLIVER, C. J.   In accordance with stipulation of counsel that the merchandise consists of sponges similar in all material respect to those the subject of Abstract 61191, the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 12, 1959

**No. 62672.**—Eberling & Reuss Company *v.* United States, protests 189498–K, etc. (Philadelphia).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the claim of the plaintiff was sustained.

**No. 62673.**—Anglo American Commodities et al. *v.* United States, protests 284447–K, etc. (New York).

Opinion by JOHNSON, J.   In accordance with stipulation of counsel that the merchandise consists of figures similar in all material respects to those passed upon in *Wm. S. Pitcairn Corp.* v. *United States* (39 C.C.P.A. 15, C.A.D. 458), the items of merchandise marked with the letter "A" were held dutiable as follows: (a) As to the items entered, or withdrawn from warehouse, for consumption prior to May 28, 1950, at 20 percent under paragraph 1547(a); and (b) as to items entered, or withdrawn from warehouse, for consumption on and after May 28, 1950, at 10 percent under said paragraph 1547(a), as modified by the Annecy Protocol to the General Agreement on Tariffs and Trade (T.D. 52373), supplemented by Presidential proclamation (T.D. 52476).

BEFORE THE FIRST DIVISION, JANUARY 14, 1959

**No. 62674.**—William Shaland *v.* United States, protest 273876–K (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of shell water flowers the same in all material respects as those the subject of Abstract 61346, except that the merchandise herein is in chief value of shell, the claim of the plaintiff was sustained.